UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| Shelby Taylor, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:20cv00187 UNA |
| | ) | |
| New Madrid County, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The above styled and numbered case was filed on February 3, 2020 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and randomly assigned to the Honorable Stephen R. Clark, United States District Judge, under cause number 1:20cv00022.

**IT IS FURTHER ORDERED** that cause number 4:20cv00187 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: February 3, 2020         By:   Michele Crayton
                                      Court Services Manager

**In all future documents filed with the Court, please use the following case number 1:20cv00022 SRC.**